1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   ANGELA MILELLA HANSEN
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone: (510) 637-3500
6  Facsimile: (510) 637-3507
   Email:     Angela_Hansen@fd.org
7

8  Counsel for Defendant WATERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 18–142 YGR (KAW) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| CLEON WATERS, | **The Hon. Kandis A. Westmore** |
| Defendant. | |

On June 8, 2018, the Court released Mr. Waters on a bond that limited his travel to the Northern District of California. Mr. Waters has a ticket that he needs to handle in Stockton, California, which is in the Eastern District, and his children live in Stockton. For these reasons, the parties stipulate and agree that Mr. Waters' conditions of release should be modified to allow him to travel to the Eastern District of California for the limited purpose of (1) handling his ticket and (2) visiting with his children. The parties further agree that Pretrial Services must pre-approve Mr. Waters' travel to the Eastern District. Pretrial Services Officer Kalisi Kapu has approved this requested modification.

IT IS SO STIPULATED.

Dated: September 26, 2018

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S/
ANGELA MILELLA HANSEN
Assistant Federal Public Defender

Dated: September 26, 2018

ALEX TSE
United States Attorney
Northern District of California

/S/
HELEN GILBERT
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLEON WATERS,<br><br>Defendant. | **Case No.:** CR 18–142 YGR (KAW)<br><br>[PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

Based on the agreement of the parties in the stipulation above, Mr. Waters' conditions of release are hereby modified to allow him to travel to the Eastern District of California to handle his ticket and for visits with his children. Mr. Waters must seek pre-approval from his Pretrial Services Officer before traveling to the Eastern District. All other conditions of his release shall remain in place.

IT IS SO ORDERED.

Dated: 9/26/18

_____
KANDIS A. WESTMORE
United States Magistrate Judge